# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Oasis Petroleum North America, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Draken Oilfield Construction, Inc., B&G Roustabout Service, LLC,; Ace American Insurance Company; Ace Property and Casualty Insurance Company; Bituminous Casualty Corporation; Bituminous Fire & Marine Insurance Company, | ) ) ) ) ) ) ) | |
| | ) | Case No. 4:14-cv-077 |
| Defendants. | ) | |

Before the court are motions for attorneys Nicholas J. Neidzwski and Thomas M. Jones to appear *pro hac vice* on behalf of Defendants American Insurance Company and Ace Property and Casualty Insurance Company. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Nicholas J. Neidzwski and Thomas M. Jones have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 30 and 33) are **GRANTED**. Attorneys Nicholas J. Neidzwski and Thomas M. Jones are admitted to practice before this court in the above-entitled action on behalf of Defendants American Insurance Company and Ace Property and Casualty Insurance Company.

**IT IS SO ORDERED.**

Dated this 2nd day of October, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge